## HOUSTON v. AVERY.

(Supreme Court of Texas. April 23, 1913.)

Error to Court of Civil Appeals of Second Supreme Judicial District.

"Not to be officially reported."

Action by G. G. Houston against G. Q. Avery. Judgment for defendant, and plaintiff brings error. Affirmed.

J. E. Starley, of Barstow, for plaintiff in error. J. F. McKenzie, of El Paso, A. J. Wilson, of Pecos, and E. Cartledge, of Austin, for defendant in error.

BROWN, C. J. This is a companion case to Houston v. Koonce (No. 2,301) 156 S. W. 202, this day decided by this court. The facts are practically identical with that case, and for the reasons stated in the opinion in that case the judgments of the Court of Civil Appeals and district court are affirmed, with all costs against the plaintiff in error.

---

## LANE v. STATE.

(Court of Criminal Appeals of Texas. April 23, 1913.)

CRIMINAL LAW (§ 1090*) — STATEMENT OF FACTS—BILLS OF EXCEPTION—NECESSITY.

On appeal in a criminal case, where the record contains neither a statement of facts nor bills of exception, the sufficiency of the evidence to warrant a conviction cannot be reviewed; the testimony not being before the court.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Smith County; R. W. Simpson, Judge.

Sam Lane was convicted of violating the local option law, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of violating the local option law; his punishment being assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. The only ground of the motion for new trial is that the evidence does not justify or warrant the conviction. Inasmuch as the testimony is not before us, we are unable to revise this matter.

The judgment is affirmed.